# McCULLOUGH EISENBERG, LLC
## ATTORNEYS AT LAW

STUART A. EISENBERG*
LICENSED IN PA

530 WEST STREET ROAD, SUITE 201
WARMINSTER, PA 18974

TEL: (215) 957-6411
FAX: (215) 957-9140
E-MAIL: MLAWOFFICE@AOL.COM

CAROL B. McCULLOUGH
LICENSED IN PA AND NJ

September 23, 2009

Honorable Eduardo C. Robreno
Judge, United States District Court
Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Room 11614
Philadelphia, PA 19106

Re: *Douglas C. Walter and Kathleen Paone, et al.*
v. *Mann Bracken, LLP, et al.*
U.S.D.C., E.D. Pa. 06-0378 ER

Dear Judge Robreno:

Yesterday afternoon, I was advised by the daughter of plaintiff and proposed class representative, Kathleen Paone, that Mrs. Paone passed away.

Although this office was only so informed yesterday afternoon, Mrs. Paone's daughter stated that the date of death was April 29, 2009. The death certificate was provided to me this morning.

This office's last communication with Mrs. Paone was in writing, dated June 24, 2009. This mailed item was not returned.

I am advised that no estate has yet been opened, but that Mr. Paone intends open an estate in Montgomery County, with Mr. Paone as the Administrator.

Thank you for your attention to this update.

Very truly yours,

Stuart A. Eisenberg

SAE/dms
Cc: Jonathan Greystone, Esquire

MEMBER: NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS
*FELLOW: LITIGATION COUNSEL OF AMERICA