```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DOUGLAS WALTER &              :    CIVIL ACTION
KATHLEEN PAONE,               :    NO. 06-378
                              :
        Plaintiffs,           :
                              :
        v.                    :
                              :
PALISADES COLLECTION, LLC,    :
et al.,                       :
                              :
        Defendants.           :
```

## O R D E R

**AND NOW**, this **26th day of January 2010,** it is hereby **ORDERED** that, for the reasons set forth in the accompanying memorandum, Plaintiffs' Motion for Class Certification (doc. no. 113) is **DENIED.**

**AND IT IS SO ORDERED.**

         S/Eduardo C. Robreno
         **EDUARDO C. ROBRENO, J.**