```
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DOUGLAS C. WALTER, et al.,      :    CIVIL ACTION
                                :    NO. 06-378
        Plaintiffs,             :
                                :
    v.                          :
                                :
PALISADES COLLECTION,           :
LLC., et al.,                   :
                                :
        Defendants.             :
```

**O R D E R**

**AND NOW**, this **2nd** day of **May, 2011**, for the reasons set forth in the Court's accompanying memorandum dated May 2, 2011, it is **ORDERED** that:

1. Plaintiffs' Motion for Partial Summary Judgment (doc. no. 138) is **DENIED**.

2. Defendants' Motion for Summary Judgment (doc. no. 140) is **DENIED**.

**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　S/Eduardo C. Robreno
　　　　　　　　　　　　　　　　**EDUARDO C. ROBRENO, J.**